# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Daryl Gibbs,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                     3:12-cv-608 & 3:09-cr-39

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2012 Order.

Signed: November 16, 2012

Frank G. Johns, Clerk
United States District Court